UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 20-01407-SPG(SKx) | Date | January 27, 2023 |
| Title | Catwalk to Sidewalk, Inc. v. Lansel Ann Hurt-Watson et al | | |

Present: The Honorable   SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On June 28, 2022, this case was transferred from Judge Fernando L. Aenlle-Rocha to the calendar of Sherilyn Peace Garnett. On September 30, 2022, plaintiff filed a status report at ECF No. [54] indicating "parties are waiting on the transcript from the reporter." The docket reflects that Plaintiff is not actively pursuing this matter. Plaintiff can satisfy this order by filing a Status Report, not to exceed 4 pages, setting forth the current status of the litigation due by February 10, 2023. Failure to respond will be deemed consent to the dismissal of the action.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer   pg