JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATWALK TO SIDEWALK, INC. a California Corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>LANSEL ANN HURT-WATSON, an individual; HEYRI J. INC., dba EVERLEIGH, a California Corporation; and DOES 1 through 50, inclusive,<br><br>            Defendant. | Case No. 2:20-cv-01407-SPG-SK<br><br>**ORDER OF DISMISSAL** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

The Clerk is directed to close the file.

DATED: November 28, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE